IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID C. MULLIN,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | | **8:25CV744**<br><br><br><br>**ORDER** |

Plaintiff filed this case on December 31, 2025, alleging three claims arising under ERISA (Counts I, II, and III) and one alternative claim alleging bad faith denial of benefits under Nebraska tort law, if the court determines the plan at issue is not governed by ERISA (Count IV). (Filing No. 1). This matter is before the court on Defendant's motion to strike jury demand, asserting Plaintiff is not entitled to a jury on his claims arising under ERISA. (Filing No. 16). Defendant has also filed a motion to dismiss Plaintiff's bad faith claim. (Filing No. 12). This matter was mediated on May 8, 2026, but the parties did not reach a resolution. The motion to dismiss is now fully submitted and will be decided by Senior U.S. District Judge Joseph F. Bataillon in due course.

In the motion to strike, Defendant alleges Plaintiff's bad faith claim is preempted by ERISA. The brief supporting the motion addresses Plaintiff's demand for a jury trial as to Counts I-III, but not the request for a jury trial of Count IV. (Filing No. 17 at 3, n. 1). In response Plaintiff argues that Defendant has ignored Count IV and the motion to strike is premature, given the pending motion to dismiss. The court agrees. Plaintiff has requested

a jury trial as to all claims. This case is in the very early stages and there will be no prejudice to either party by reserving a ruling on this issue until the court determines which of Plaintiff's claims will proceed.

Accordingly,

IT IS ORDERED that Defendant's Motion to Strike Plaintiff's Jury Demand, Filing No. 16, is denied without prejudice to reopening or reassertion after the resolution of the pending Motion to Dismiss Count IV.

Dated this 20th day of May, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge