IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID C. MULLIN,<br><br>                    Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>                    Defendant. | **8:25CV744**<br><br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal without Prejudice (Filing No. 35). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice with each party to pay their own costs. Filing No. 12 is terminated as moot.

Dated this 22nd day of July, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge